DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY MAXWELL KING**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-807

[October 18, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502015CF003546AXXXMB.

Henry Maxwell King, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***